# EXHIBIT 1



7532911

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**May 28, 2015**

THE ATTACHED U.S. TRADEMARK REGISTRATION *101,819* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 12, 1915*
*4th* RENEWAL FOR A TERM OF *10* YEARS FROM   *January 12, 2015*
SECTION 8 & 15
REPUBLISHED SECTION 12C
SAID RECORDS SHOW TITLE TO BE IN:
   *ROLEX WATCH U.S.A. INC.*
   *A NEW YORK CORPORATION*

          By Authority of the
          Under Secretary of Commerce for Intellectual Property
          and Director of the United States Patent and Trademark Office

          **T. WALLACE**
          **Certifying Officer**



Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 101,819

**United States Patent and Trademark Office**

Registered Jan. 12, 1915
Renewal Term Begins Jan. 12, 1995

10 Year Renewal

## TRADEMARK
## PRINCIPAL REGISTER

# ROLEX

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 10022, BY CHANGE OF NMAE AND ASSIGNMENT FROM AEGLER S. A. (SWITZERLAND COMPANY) BIENNE, SWITZERLAND

OWNER OF SWITZERLAND REG. NO. 34251, DATED 10-7-1913.
FOR: WATCHES, CLOCKS, PARTS OF WATCHES AND CLOCKS, AND THEIR CASES, IN CLASS 27 (INT. CL. 14).
FIRST USE 0-0-1912; IN COMMERCE 0-0-1912.

SER. NO. 71-078,904, FILED 6-8-1914.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 8, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Renewed to

Aegler, S.A., Fabrique des Montres Rolex & Gruen Guild A, a corporation of Switzerland.

# UNITED STATES PATENT OFFICE.

### AEGLER S. A., OF BIENNE, SWITZERLAND.

**TRADE-MARK FOR WATCHES, CLOCKS, PARTS OF WATCHES AND CLOCKS, AND THEIR CASES.**

**101,819.**

**Registered Jan. 12, 1915.**

Application filed June 8, 1914.   Serial No. 78,904.

### STATEMENT.

*To all whom it may concern:*

Be it known that AEGLER S. A., a company registered in Switzerland under Swiss law, and located in Bienne, Switzerland, doing business at Rebberg Works, Höheweg 82 and 82ª, Bienne, Switzerland, has adopted and used the trade-mark shown in the accompanying drawing, for watches, clocks, parts of watches and clocks, and their cases, in Class 27, Horological instruments.

The trade mark has been continuously used in the business of the said company since the year 1912.

The trade mark is applied or affixed to the goods or to the packages containing same by placing thereon a printed label on which the trade mark is shown; it is also stamped directly on the goods.

> AEGLER S. A.
> HERMAN AEGLER,
> *Director.*

# ROLEX

### DECLARATION.

Confederation of Switzerland. Canton and city of Berne ss.

HERMAN AEGLER, being duly sworn deposes and says that he is the director of the company, the applicant named in the foregoing statement; that he believes the foregoing statement is true; that he believes the said company is the owner of the trade mark sought to be registered; that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use said trade mark in the United States, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; (that said trade mark has been registered in Switzerland on the 7th October 1913 No. 34251); that the description and drawing presented truly represent the trade mark sought to be registered; and that the facsimiles show the trade mark as actually used upon the goods.

> HERMAN AEGLER.

Subscribed and sworn to before me this 20th day of May, 1914.

[L. S.]

> GEO. HEIMROD,
> *Consul of the United States of America at Berne, Switzerland.*

Copies of this trade-mark may be obtained for five cents each, by addressing the "Commissioner of Patents, Washington, D. C."



7686243

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 16, 2018

THE ATTACHED U.S. TRADEMARK REGISTRATION *239,383* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *March 06, 1928*
*5th* RENEWAL FOR A TERM OF *10* YEARS FROM  *March 06, 2018*
SECTION 8 & 15
REPUBLISHED SECTION 12C
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
   *ROLEX WATCH, U.S.A., INC.*
   *A NEW YORK CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P.  SWAIN
Certifying Officer

Int. Cl.: 14

Prior U.S. Cl.: 27

United States Patent and Trademark Office

Renewal

Reg. No. 239,383
Registered Mar. 6, 1928
OG Date Oct. 4, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### OYSTER

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 10022, ASSIGNEE BY MESNE ASSIGNMENT WILSDORF, HANS (GREAT BRITAIN CITIZEN) BIENNE, SWITZERLAND

OWNER OF SWITZERLAND REG. NO. 62367, DATED 7–29–1926.

FOR: WATCHES, [MOVEMENTS, CASES,] DIALS [, AND OTHER PARTS OF WATCHES], IN CLASS 27 (INT. CL. 14).

FIRST USE 7–0–1926; IN COMMERCE 7–0–1926.

SER. NO. 255,783, FILED 10–7–1927.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 4, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Mar. 6, 1928.                     **Trade-Mark 239,383**

Renewed, March 6, 1948, to Montres Rolex S. A., of Ge-
neva, Switzerland.

# UNITED STATES PATENT OFFICE.

### HANS WILSDORF, OF BIENNE, SWITZERLAND.

### ACT OF FEBRUARY 20, 1905.

Application filed October 7, 1927.   Serial No. 255,783.

# OYSTER

## STATEMENT.

*To the Commissioner of Patents:*

Hans Wilsdorf, a subject of the King of Great Britain, residing at 82 Chemin du Haut, Bienne, Switzerland, and doing business at 82 Chemin du Haut, Bienne, Switzerland, has adopted and used the trade-mark shown in the accompanying drawing, for WATCHES, MOVEMENTS, CASES, DIALS, AND OTHER PARTS OF WATCHES, in Class 27, Horological instruments, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended. The trade-mark has been continuously used and applied to said goods in applicant's business since July, 1926.

The trade-mark is usually applied or affixed to the goods, or to the packages containing the same, by means of labels having the mark printed thereon, or by impressing the mark directly upon the goods.

Said trade-mark has been registered in Switzerland, No. 62,367, dated 29th July 1926, on an application filed July 29, 1926.

Messrs. Ruege, Boyce & Bakelar, whose postal address is 261 Broadway, New York, N. Y., are designated, on whom process or notice of proceedings affecting the right to ownership of said trade-mark brought under the laws of the United States may be served.

The undersigned hereby appoints Messrs. Ruege, Boyce & Bakelar, (a firm composed of John H. Ruege, Francis E. Boyce and Walter L. Bakelar) 261 Broadway, New York, N. Y., its attorneys, with full powers of substitution and revocation, to prosecute this application for registration, to make alterations and amendments therein, to receive the certificate, and to transact all business in the Patent Office connected therewith.

HANS WILSDORF.



7686242

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 16, 2018

THE ATTACHED U.S. TRADEMARK REGISTRATION *657,756* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *January 28, 1958*
*4th* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 28, 2018*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
 *ROLEX WATCH, U.S.A., INC.*
 *NEW YORK CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 657,756

**United States Patent and Trademark Office**  Registered Jan. 28, 1958

10 Year Renewal  Renewal Term Begins Jan. 28, 1998

## TRADEMARK
## PRINCIPAL REGISTER



ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)

665 FIFTH AVENUE

NEW YORK, NY 10022, ASSIGNEE OF MONTRES ROLEX S. A. (ROLEX UHREN AG.), (ROLEX WATCH CO. LTD.) (SWITZERLAND CORPORATION) GENEVA, SWITZERLAND

FOR: TIMEPIECES OF ALL KINDS AND PARTS THEREOF, IN CLASS 27 (INT. CL. 14).

FIRST USE 1-15-1941; IN COMMERCE 6-1-1943.

SER. NO. 72-027,385, FILED 4-2-1957.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 3, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**657,756**
**Registered Jan. 28, 1958**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 27,385, filed Apr. 2, 1957



Montres Rolex S. A. (Rolex Uhren Ag.), (Rolex Watch
Co. Ltd.), (Swiss corporation)
18, rue de Marche
Geneva, Switzerland

For: TIMEPIECES OF ALL KINDS AND PARTS
THEREOF, in CLASS 27.
First use Jan. 15, 1941; in commerce June 1, 1943.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**July 18, 2023**

**THE ATTACHED U.S. TRADEMARK REGISTRATION** *1,755,226* **IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.**

**REGISTERED FOR A TERM OF** *10* **YEARS FROM** *March 2, 1993*
***3rd* RENEWAL FOR A TERM OF** *10* **YEARS FROM** *March 2, 2023*
*Section 8 & 15*

**SAID RECORDS SHOW TITLE TO BE IN:**
  *REGISTRANT*

  **By Authority of the**
  **Under Secretary of Commerce for Intellectual Property**
  **and Director of the United States Patent and Trademark Office**



Wanda Montgomery
**Wanda Montgomery**
**Certifying Officer**

Int. Cl.: 14

Prior U.S. Cl.: 28

## United States Patent and Trademark Office

Reg. No. 1,755,226
Registered Mar. 2, 1993

### TRADEMARK
### PRINCIPAL REGISTER



ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 10022

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).

FIRST USE 4–0–1992; IN COMMERCE 4–0–1992.

OWNER OF U.S. REG. NO. 657,756.

SER. NO. 74–292,507, FILED 7–7–1992.

RAUL CORDOVA, EXAMINING ATTORNEY



8005222

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 10, 2019

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,105,602* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *November 07, 1978*
*3rd* RENEWAL FOR A TERM OF *10* YEARS FROM  *November 07, 2018*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *ROLEX WATCH U.S.A., INC.*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 1,105,602

**United States Patent and Trademark Office**

Registered Nov. 7, 1978

10 Year Renewal

Renewal Term Begins Nov. 7, 1998

## TRADEMARK
## PRINCIPAL REGISTER

### OYSTER PERPETUAL

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 10022, ASSIGNEE OF MONTRES ROLEX S.A. (SWITZER- LAND CORPORATION) GENEVA, SWITZERLAND

OWNER OF U.S. REG. NO. 394,881.

FOR: WATCHES AND PARTS THERE- OF, IN CLASS 14 (U.S. CL. 27).
FIRST USE 2-25-1938; IN COMMERCE 2-25-1938.

SER. NO. 73-165,727, FILED 4-10-1978.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 13, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 14

Prior U.S. Cl.: 27

United States Patent and Trademark Office

Reg. No. 1,105,602
Registered Nov. 7, 1978

## TRADEMARK
### Principal Register

## OYSTER PERPETUAL

Montres Rolex S.A. (Swiss corporation)
3, Rue Francois Dussaud
Geneva, Switzerland

For: WATCHES AND PARTS THEREOF, in CLASS 14 (U.S. CL. 27).
First use at least as early as Feb. 25, 1938; in commerce at least as early as Feb. 25, 1938.
Owner of Reg. No. 394,881.

Ser. No. 165,727, filed Apr. 10, 1978.

R. PEVERADA, Examiner





8005222

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

**June 10, 2019**

THE ATTACHED U.S. TRADEMARK REGISTRATION *674,177* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *February 17, 1959*
*4th* RENEWAL FOR A TERM OF *10* YEARS FROM *February 17, 2019*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
*ROLEX WATCH U.S.A., INC.*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 14

Prior U.S. Cl.: 27                                         Reg. No. 674,177

**United States Patent and Trademark Office**     Registered Feb. 17, 1959

**10 Year Renewal**                     Renewal Term Begins Feb. 17, 1999

### TRADEMARK
### PRINCIPAL REGISTER

### DATEJUST

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
655 FIFTH AVENUE
NEW YORK, NY 10022, ASSIGNEE OF MONTRES ROLEX S. A. (ROLEX UHREN AG.) (ROLEX WATCH CO. LTD.) (SWITZERLAND CORPORATION) GENEVA, SWITZERLAND

FOR: TIME-PIECES AND PARTS THEREOF, IN CLASS 27 (INT. CL. 14).

FIRST USE 0-0-1953; IN COMMERCE 0-0-1953.

SER. NO. 72-053,420, FILED 6-12-1958.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 16, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**674,177**
**Registered Feb. 17, 1959**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 53,420, filed June 12, 1958

## DATEJUST

Montres Rolex S. A. (Rolex Uhren Ag.) (Rolex Watch
Co. Ltd.), (Swiss corporation)
rue du Marche
Geneva 18, Switzerland

For: TIME-PIECES AND PARTS THEREOF, in
CLASS 27.
First use in 1953; in commerce in 1953.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 18, 2023

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,782,604* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *July 20, 1993*
*3rd* RENEWAL FOR A TERM OF *10* YEARS FROM *July 20, 2023*
*Section 8 & 15*

SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Wanda Montgomery
Certifying Officer

Int. Cl.: 14

Prior U.S. Cl.: 27

## United States Patent and Trademark Office

Reg. No. 1,782,604
Registered July 20, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## SUBMARINER

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 0–0–1954; IN COMMERCE 0–0–1954.

SER. NO. 74–336,069, FILED 12–2–1992.

SUSAN LESLIE, EXAMINING ATTORNEY



8147979

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 30, 2021

THE ATTACHED U.S. TRADEMARK REGISTRATION *5,997,797* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *February 25, 2020*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer

# United States of America

## United States Patent and Trademark Office

# JUBILEE

**Reg. No. 5,997,797**

**Registered Feb. 25, 2020**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Rolex Watch U.S.A., Inc.  (NEW YORK CORPORATION)
665 Fifth Avenue
New York, NEW YORK 10022

CLASS 14: Watches and parts thereof

FIRST USE 1-31-2019; IN COMMERCE 1-31-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-004,303, FILED 06-18-2018





Director of the United States
Patent and Trademark Office



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**January 30, 2023**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,749,374* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *January 26, 1993*
3rd RENEWAL FOR A TERM OF *10* YEARS FROM *January 26, 2023*
*Section 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Wanda Montgomery
Certifying Officer

Int. Cl.: 14

Prior U.S. Cl.: 27

## United States Patent and Trademark Office

Reg. No. 1,749,374
Registered Jan. 26, 1993

### TRADEMARK
### PRINCIPAL REGISTER

## YACHT-MASTER

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 100225305

FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 10–8–1992; IN COMMERCE 10–8–1992.

SN 74–219,826, FILED 11–7–1991.

JILL C. ALT, EXAMINING ATTORNEY



8022318

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

**United States Patent and Trademark Office**

**October 31, 2019**

THE ATTACHED U.S. TRADEMARK REGISTRATION *683,249* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *August 11, 1959*
*4th* RENEWAL FOR A TERM OF *10* YEARS FROM  *August 11, 2019*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *ROLEX WATCH, USA., INC.*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**M. TARVER**

**Certifying Officer**



Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 683,249

**United States Patent and Trademark Office**      Registered Aug. 11, 1959

**10 Year Renewal**      Renewal Term Begins Aug. 11, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## GMT-MASTER

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 10022, ASSIGNEE OF MONTRES ROLEX S. A. (SWITZERLAND CORPORATION) GENEVA, SWITZERLAND

FOR: WATCHES, IN CLASS 27 (INT. CL. 14).

FIRST USE 4-21-1955; IN COMMERCE 9-19-1956.

SER. NO. 72-063,731, FILED 12-5-1958.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 10, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**683,249**

Registered Aug. 11, 1959

## PRINCIPAL REGISTER
### Trademark

Ser. No. 63,731, filed Dec. 5, 1958

## GMT-MASTER

Montres Rolex S.A. (Swiss corporation)
18, Rue du Marche
Geneva, Switzerland

For: WATCHES, in CLASS 27.
First use on or about Apr. 21, 1955; in commerce on or about Sept. 19, 1956.





7603832

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

September 28, 2016

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,985,308* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *August 16, 2005*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *August 16, 2015*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,985,308
Registered Aug. 16, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**

# GMT-MASTER II

ROLEX WATCH U.S.A., INC. (NEW YORK COR-
PORATION)
665 FIFTH AVENUE
NEW YORK, NY 100225305

FOR: WATCHES AND PARTS THEREOF, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-1984; IN COMMERCE 12-31-1984.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 683,249.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "II", APART FROM THE MARK
AS SHOWN.

SER. NO. 78-422,009, FILED 5-20-2004.

DOMINIC J. FERRAIUOLO, EXAMINING ATTOR-
NEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 15, 2023

THE ATTACHED U.S. TRADEMARK REGISTRATION *4,874,918* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *December 22, 2015*
*Section 8 & 15*

SAID RECORDS SHOW TITLE TO BE IN:
*REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Miguel Tarver
Certifying Officer

# United States of America

## United States Patent and Trademark Office

# OYSTERFLEX

**Reg. No. 4,874,918**
**Registered Dec. 22, 2015**

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 10022

**Int. Cl.: 14**

FOR: WATCHES AND PARTS THEREOF, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-8-2015; IN COMMERCE 7-8-2015.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-098,856, FILED 10-23-2013.

SIDDHARTH JAGANNATHAN, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office



8042575

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

**May 13, 2020**

THE ATTACHED U.S. TRADEMARK REGISTRATION *520,309* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *January 24, 1950*
*5th* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 24, 2020*
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
   *ROLEX WATCH U.S.A INC.*
   *A NEW YORK CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



**M.TARVER**
**Certifying Officer**

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 520,309
Registered Jan. 24, 1950
Renewal Approved Jan. 22, 1990

## TRADEMARK
## PRINCIPAL REGISTER

# President

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 10022, ASSIGNEE OF BULOVA WATCH COMPANY, INC. (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NO. 223,259.

FOR: WRISTBANDS AND BRACE-LETS FOR WATCHES MADE WHOLLY [OR IN PART OR PLATED] WITH PRE-CIOUS METALS [, SOLD SEPARATELY FROM WATCHES], IN CLASS 28 (INT. CL. 14).

FIRST USE 1–5–1949; IN COMMERCE 1–5–1949.

SER. NO. 71–573,640, FILED 2–10–1949.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 6, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 14

Prior U.S. Cl.: 28

Reg. No. 520,309

**United States Patent and Trademark Office**

Registered Jan. 24, 1950

10 Year Renewal

Renewal Term Begins Jan. 24, 2000

## TRADEMARK
## PRINCIPAL REGISTER

# President

ROLEX WATCH U.S.A., INC. (NEW YORK CORPORATION)
665 FIFTH AVENUE
NEW YORK, NY 10022, BY ASSIGNMENT BULOVA WATCH COMPANY, INC. (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NO. 223,259.

FOR: WRISTBANDS AND BRACELETS FOR WATCHES MADE WHOLLY [OR IN PART OR PLATED] WITH PRECIOUS METALS [, SOLD SEPARATELY FROM WATCHES], IN CLASS 28 (INT. CL. 14).

FIRST USE 1–5–1949; IN COMMERCE 1–5–1949.

SER. NO. 71–573,640, FILED 2–10–1949.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 7, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Jan. 24, 1950

Registration No. 520,309

### PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

Bulova Watch Company, Inc., New York, N. Y.

Act of 1946

Application February 10, 1949, Serial No. 573,640

# President

**(Statement)**

Bulova Watch Company, Inc., a corporation duly organized under the laws of the State of New York, located and doing business at No. 630 Fifth Avenue, in the city of New York, State of New York, United States of America, has adopted and is using the trade-mark shown in the accompanying drawing, for WRISTBANDS AND BRACELETS FOR WATCHES MADE WHOLLY ~~OR IN PART OR PLATED~~ WITH PRECIOUS METALS, ~~SOLD SEPARATELY FROM WATCHES~~, in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to tag-labels affixed to the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on January 5, 1949, and first used in commerce among the several States of the United States which may lawfully be regulated by Congress, on January 5, 1949.

Applicant is the owner of United States Trade-Mark Registration No. 223,259, registered January 25, 1927, renewed.

**(Declaration)**

Harry D. Henshel, being duly sworn, deposes and says that he is vice president of Bulova Watch Company, Inc., the applicant named in the foregoing statement, that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States of the United States, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the specimens show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

BULOVA WATCH COMPANY, INC.,
By HARRY D. HENSHEL,
*Vice President.*