# EXHIBIT 2





watchstyler.com



Custom Diamond Dials for Rolex
Superior Quality, Attention to Every Detail

**SHOP NOW ▸**



Diamond Bezels for Rolex
Genuine Machine-Set Diamonds

**SHOP NOW ▸**



Gold Bracelets & Links for Rolex
Solid Gold, Top Quality Craftsmanship

**SHOP NOW ▸**



Custom Rolex Submariner MOP Serti Dial with Black Onyx (SS)

$540.00

**ADD TO CART**



Custom Rolex Datejust Green Diamond Dial (SS)

$315.00

**ADD TO CART**



Custom Rolex Yacht-Master Black MOP Serti Dial with Rubies

$580.00

**ADD TO CART**



Custom Rolex Yacht-Master Black MOP Serti Dial with Sapphires

$580.00

**ADD TO CART**



Custom Rolex Submariner Slate Dial with Sapphires (18k/SS)

$530.00

**ADD TO CART**

**SHOP DIALS**

# OUR SERVICES



**Starting from $490**

### DIAL INSTALLATION, MOVEMENT OVERHAUL & WATCH POLISHING

Read more...

**Starting from $90**

### DIAMOND BEZEL INSTALLATION

Read more...

**Starting from $80**

### DIAL INSTALLATION

Read more...



**Starting from $450**

### MOVEMENT OVERHAUL & WATCH POLISHING

Read more...



**Starting from $230**



**Starting from $80**



Starting from $230

WATCH POLISHING & DIAL INSTALLATION

Read more...

Starting from $80

SUBMARINER & GMT BEZEL INSTALLATION

Read more...

## DIALS FOR ROLEX WATCHES

Watch Styler is your resource for custom-designed Rolex watch dials. We only use authentic Rolex dial bases and VS1-VS2 H colored diamonds. At Watch Styler, you'll get impeccable work and affordable prices on Rolex day-date dials, Rolex Datejust dials for ladies, Rolex Datejust dials for Men, and Rolex dials for Sport models.

SHOP DIALS







## BEZELS FOR ROLEX WATCHES

Shop for elegant and sporty Rolex watch bezels at Watch Styler. Our custom Italian-made watch bezels for Rolex feature 18k gold bases and genuine round-cut diamonds of VS1-VS2 clarity. Get incomparable quality on Rolex Submariner and GMT Inserts bezels, diamond bezels for Men's Rolex, and diamond bezels for Ladies' Rolex.

SHOP BEZELS

## ACCESSORIES AND PARTS

Watch Styler also provides a great selection of Men's Rolex, Ladies Rolex, and luxury watch accessories. Get great prices on authentic Rolex parts, Rolex watch leather bands, and more. Your Rolex is a watch of distinction. Watch Styler provides authentic dials, bezels, and accessories of exacting design for the world's premier watches. Don't settle for anything less.

SHOP BRACELETS



## ACCESSORIES AND PARTS

Watch Styler also provides a great selection of Men's Rolex, Ladies Rolex, and luxury watch accessories. Get great prices on authentic Rolex parts, Rolex watch leather bands, and more. Your Rolex is a watch of distinction. Watch Styler provides authentic dials, bezels, and accessories of exacting design for the world's premier watches. Don't settle for anything less.

[ SHOP BRACELETS ]

[ SHOP ACCESSORIES ]



## LEGAL DISCLAIMER

WatchStyler(c) is an independent company not affiliated with any watch manufacturer or distributor. Rolex, President, and Oyster are registered trademarks of Rolex Watch U.S.A. and Rolex International. Products sold on watchstyler.com are considered an application of custom accessories and create a new product which by no means can be considered an AUTHENTIC ROLEX WATCH. This process will also void the watch manufacturer's original warranty and would prevent Rolex factory service. Rolex prohibits their authorized dealers from selling online and discounting Rolex mandated retail prices.

## CATEGORIES

Custom Dials

Bezels

Bands

Accessories

Service Options

## QUICK LINKS

Home

About Us

Shop

Services

Contact Us

Payment Policy

Shipping Policy

Return Policy

Privacy Policy

We Accept



All Prices Are USD



**(888)834-3063**

Payment   Shipping   Returns   Contact        Log In

Search...

# SHOP ALL PRODUCTS



## Filter by

Sort by

### Category

All

Custom Dials for Rolex Watches

Diamond Bezels for Rolex Watches

Replacement Bands for Rolex

Extra Links for Rolex Bands

Replacement Cases for Rolex

CustomIzation Packages

Accessories

### Price

### Color



Stainless Steel Replacement Band for

Extra Oyster Stainless Link for Rolex

Custom Rolex Submariner MOP Serti

Custom Rolex Datejust







Contact Us

Color +

Buckle +

Gold Fineness +

Stainless Steel Replacement Band for
Rolex Submariner

**$295.00**

ADD TO CART

Extra Oyster Stainless Link for Rolex
18k/SS Ladies Band (Hollow Style)

**$195.00**

ADD TO CART

Custom Rolex Submariner MOP Serti
Dial with Black Onyx (SS)

**$540.00**

ADD TO CART

Custom Rolex Datejust Green Diamond
Dial (SS)

**$315.00**

ADD TO CART

**Genuine Rolex Part**



Rolex Datejust 36 Dial - Black with White
Gold Roman Markers

**$375.00**

ADD TO CART

**Genuine Rolex Part**



Rolex Datejust 36 Dial - Silver with White
Gold Roman Markers

~~$375.00~~ **$215.00**

Out of Stock

**Genuine Rolex Part**

Rolex Datejust 36 Dial - White with
White Gold Roman Markers

**$375.00**

ADD TO CART

Extra Jubilee Stainless Link for Rolex
Datejust 36mm Band (Hollow Center) A

**$42.00**

ADD TO CART





**Genuine Rolex Part**





$375.00

ADD TO CART

$375.00 $215.00

Out of Stock

$375.00

ADD TO CART

$42.00

ADD TO CART






Genuine Rolex Part





Custom Rolex Yacht-Master Black MOP Serti Dial with Rubies

$580.00

ADD TO CART

Custom Rolex Yacht-Master Black MOP Serti Dial with Sapphires

$580.00

ADD TO CART

Rolex Datejust II Dial - Black with Gold Arabic Markers

$385.00

ADD TO CART

Custom Rolex Submariner Slate Dial with Sapphires (18k/SS)

$530.00

ADD TO CART



NEW






Custom Black Rolex Day-Date Presidential Classic Diamond Dial

**$560.00**

ADD TO CART

Custom Black Rolex Day-Date Diamond Dial with Roman Minute Track

**$535.00**

ADD TO CART

Custom Rolex Day-Date President Blue Jubilee Diamond Dial (WG)

**$558.00**

ADD TO CART

Custom Rolex Day-Date 36 President MOP Diamond and Ruby Dial

**$735.00**

ADD TO CART









Custom Rolex Day-Date President MOP Diamond and Sapphire Dial

**$735.00**

ADD TO CART

Replacement Black Bezel Insert for Rolex Submariner Watches (SS)

**$42.00**

ADD TO CART

Replacement Black Bezel Insert for Rolex Submariner Watches (2T)

**$42.00**

ADD TO CART

Custom Rolex Datejust Black Diamond Baguette Dial (2T)

**$995.00**

ADD TO CART

LOAD MORE

Diamond and Sapphire Dial

$735.00

ADD TO CART

Rolex Submariner Watches (SS)

$42.00

ADD TO CART

Rolex Submariner Watches (2T)

$42.00

ADD TO CART

Baguette Dial (2T)

$995.00

ADD TO CART



Replacement Black/Red Bezel Insert for Rolex GMT Master Watches

$42.00

ADD TO CART

Replacement Blue Bezel Insert for Rolex Submariner Watches (SS)

$42.00

ADD TO CART

Replacement Red Bezel Insert for Rolex Submariner Watches (SS)

$42.00

ADD TO CART

1.0ct Bead-Set Diamond Bezel for Mens Rolex Watches (YG)

$1,864.00

ADD TO CART



Rolex GMT Master Watches
$42.00
ADD TO CART

Submariner Watches (SS)
$42.00
ADD TO CART

Submariner Watches (SS)
$42.00
ADD TO CART

Rolex Watches (YG)
$1,864.00
ADD TO CART

1.0ct Bead-Set Diamond Bezel for Mens Rolex Watches (WG)
$1,864.00
ADD TO CART

0.7ct Bead-Set Diamond Bezel for Ladies Rolex Watches (WG)
$1,375.00
ADD TO CART

0.7ct Bead-Set Diamond Bezel for Ladies Rolex Watches (YG)
$1,375.00
ADD TO CART

0.7ct Bead-Set Diamond and Ruby Bezel for Ladies Rolex Watches (YG)
$1,375.00
ADD TO CART

$245.00

**ADD TO CART**

$295.00

**ADD TO CART**

Submariner
$2,575.00

**ADD TO CART**

Datejust
$1,375.00

**ADD TO CART**



Italian 18k Gold/Stainless Steel Replacement Oyster Band for Rolex Lady-Datejust
$1,455.00

**ADD TO CART**

Italian-made Two-Tone Jubilee Replacement Mens Bracelet (18k)
$1,975.00

**ADD TO CART**

Replacement 20mm Stainless Jubilee Mens Band (Solid Center) for Rolex Datejust36
$335.00

**ADD TO CART**

Extra Link for Rolex Oyster 18k Gold Band
$480.00

**ADD TO CART**



$1,455.00

ADD TO CART
ADD TO CART
$335.00
ADD TO CART
ADD TO CART

Lady's 26mm Rolex Yellow Gold
Replacement Case

$4,400.00

ADD TO CART

Lady's 26mm Rolex White Gold
Replacement Case

$4,400.00

ADD TO CART

Yellow Gold Replacement Case for Men's
36mm Rolex

$6,995.00

ADD TO CART

Replacement 19mm Presidential Jubilee
Band for Rolex Mens Date

$8,195.00

ADD TO CART

# ABOUT US

Everyone today is trying to gain market share by making strong statements. The Internet is full of websites selling pre-owned Rolex watches claiming that they are the "number one source for Rolex watches", which is funny because we always thought that Rolex is the number one source for Rolex watches. There are multiple websites selling Rolex dials; again, some of them claim to be number one in Rolex dial refinishing.

## INSTEAD OF PRESENTING YOU WITH A TYPICAL "ABOUT US" ARTICLE I'M GOING TO TELL YOU A BRIEF, BUT EDUCATIONAL STORY

A few weeks ago, my wife broke the screen on her smartphone. Although it was only a small crack, it still managed to get in the way of the camera, so we decided to fix it. We previously purchased insurance on this phone, but the deductible was $150 with an additional activation fee of $35. To cut down on costs, I decided to fix it myself. I thought, "I repair luxury watches for a living, this shouldn't be too difficult."

I purchased a repair kit on Amazon ($11) and watched multiple videos to prepare myself for this task. The process did not seem too

## INSTEAD OF PRESENTING YOU WITH A TYPICAL "ABOUT US" ARTICLE I'M GOING TO TELL YOU A BRIEF, BUT EDUCATIONAL STORY

A few weeks ago, my wife broke the screen on her smartphone. Although it was only a small crack, it still managed to get in the way of the camera, so we decided to fix it. We previously purchased insurance on this phone, but the deductible was $150 with an additional activation fee of $35. To cut down on costs, I decided to fix it myself. I thought, "I repair luxury watches for a living, this shouldn't be too difficult."

I purchased a repair kit on Amazon ($11) and watched multiple videos to prepare myself for this task. The process did not seem too complicated—heat the screen, remove it, and replace it. A few days later, the kit arrived on my doorstep and I was excited to finally be able to fix the phone—or so I thought.

After hours of wrestling with the phone, I realized that this process was definitely not as easy as I had once thought. Not willing to admit my own incompetence in phone repairs, I continued struggling.

About halfway through and looking at what I had done, I decided it would probably be wiser to seek professional help. A local repair shop gave me a $210 estimate and an online company asked for $75 for the same procedure. I liked the $75 price point but did not like the idea of shipping it to another state and waiting for it to arrive several days later, so I decided to continue working on the phone.

Another hour went by and in front of me was... a completely broken phone. I somehow managed to destroy the entire phone during the screen removal process. The insurance company refused to issue a replacement, the local repair shop gave me a $375 estimate to fix my mess, and the online company refused to help us entirely. All of this could have been avoided if I had just agreed on the $75 charge and waited a few days.



THE MORAL OF THIS STORY IS TO LEARN FROM MY MISTAKES OR ELSE YOU MAY RISK DESTROYING YOUR WATCH AND SPENDING MORE MONEY THAN WAS NEEDED IN THE FIRST PLACE. LET US FIX YOUR ROLEX.

PROFESSIONAL SERVICE AND QUALITY GUARANTEED.

THE MORAL OF THIS STORY IS TO LEARN FROM MY MISTAKES OR ELSE YOU MAY RISK DESTROYING YOUR WATCH AND SPENDING MORE MONEY THAN WAS NEEDED IN THE FIRST PLACE. LET US FIX YOUR ROLEX.

PROFESSIONAL SERVICE AND QUALITY GUARANTEED.

## WHY CHOOSE US?

We do not claim to be the largest dial restoration service (see how we do it) in the world nor do we claim to be the cheapest one. However, we can guarantee that the quality of our products is just as good as Rolex SA.

Let us illustrate what we mean by showing you this picture.

  

## WHY CHOOSE US?

We do not claim to be the largest dial restoration service (see how we do it) in the world nor do we claim to be the cheapest one. However, we can guarantee that the quality of our products is just as good as Rolex SA.

Let us illustrate what we mean by showing you this picture.

  

The dial on the left is an authentic Rolex Datejust dial. The dial on the right is the same dial after it has been refinished in blue and with added diamonds. In the middle picture, you see the results of the same job but performed by our competition. We hope you can see the difference; in case you do not, allow us to offer this explanation.

### FIRST OF ALL NOTE THE COLOR OF THE PAINT

Rolex dials are shiny; there is no discoloration on them of any kind. Looking at the dial in the middle picture, it is hard to tell what color it is supposed to be: it is an in-between color, neither silver nor cream.

### SECONDLY, THERE IS A PROBLEM WITH HOW THE WORDS "ROLEX" AND "DATEJUST" LOOK

They remotely remind us of what they should look like on an authentic Rolex. Remember, the watch dial is the most visible part of your watch. If your dial looks fake, your whole watch will seem unauthentic. We have spent a long time developing our dial stamps to make them look like original Rolexes, and we are proud to say that our dials look no different than authentic Rolex dials

The dial on the left is an authentic Rolex Datejust dial. The dial on the right is the same dial after it has been refinished in blue and with added diamonds. In the middle picture, you see the results of the same job but performed by our competition. We hope you can see the difference; in case you do not, allow us to offer this explanation.

### FIRST OF ALL NOTE THE COLOR OF THE PAINT

Rolex dials are shiny; there is no discoloration on them of any kind. Looking at the dial in the middle picture, it is hard to tell what color it is supposed to be: it is an in-between color, neither silver nor cream.

### SECONDLY, THERE IS A PROBLEM WITH HOW THE WORDS "ROLEX" AND "DATEJUST" LOOK

They remotely remind us of what they should look like on an authentic Rolex. Remember, the watch dial is the most visible part of your watch. If your dial looks fake, your whole watch will seem unauthentic. We have spent a long time developing our dial stamps to make them look like original Rolexes, and we are proud to say that our dials look no different than authentic Rolex dials

### THE THIRD PROBLEM IN THE MIDDLE PICTURE IS THE ABSENCE OF THE "SWISS MADE" STAMP ON THE BOTTOM

The stamp may say "T-SWISS MADE-T" or "SWISS MADE", but these words are always present on the bottom of an authentic Rolex dial. We use only authentic Rolex dials for refinishing. We learned a long time ago that only genuine Rolex parts are compatible with authentic Rolex watches. Additionally, we use only natural diamonds, sorted and selected specially for your Rolex watch. Can our competition claim the same? We highly doubt it, but we invite you to be the judge by purchasing one of our custom Rolex dials to see the difference.

We are not a Wal-Mart of pre-owned Rolex watches. We give our undivided personal attention to every watch.

---

## LEGAL DISCLAIMER

WatchStyler(c) is an independent company not affiliated with any watch manufacturer or distributor. Rolex, President, and Oyster are registered trademarks of Rolex Watch U.S.A. and Rolex International. Products sold on watchstyler.com are considered an application of custom accessories and create a new product which by no means can be considered an AUTHENTIC ROLEX WATCH. This process will also void the watch manufacturer's original warranty and would prevent Rolex factory service. Rolex prohibits their authorized dealers from selling online and discounting Rolex mandated retail prices.

## CATEGORIES

Custom Dials
Bezels
Bands
Accessories
Service Options

## QUICK LINKS

Home
About Us
Shop
Services
Contact Us

Payment Policy
Shipping Policy
Return Policy
Privacy Policy

We Accept





  

(888)834-3063

Payment   Shipping   Returns   Contact      Log In

# OUR WATCH SERVICES

Bring your old watch back to life with complete watch overhauls, dial restorations, new diamond dials, diamond bezels, new replacement bands, and much more.
Your Rolex is not old - it just needs a facelift.



## IF YOU'RE LOOKING FOR AN INDEPENDENT ROLEX SPECIALIST, YOU'VE COME TO THE RIGHT PLACE

Unlike other watchmakers and watch repair shops, we ONLY work with authentic high-end timepieces.

Each individual watch we work on is treated with utmost care and restored to its' highest attainable level. During the restoration process, we pay close attention to both the aesthetics and mechanics of the watch with detailed precision. We do not use cheap replacement parts and we will work on your watch even if it has aftermarket parts already installed. We do not charge unnecessary and expensive fees for our services.

*It is not always possible to obtain original watch parts—especially during the restoration of vintage watches. WatchStyler cannot guarantee the authenticity of any individual watch component because repairs and maintenance performed over the lifetime of the watch may have resulted in the replacement of the original part.*

# OUR SERVICES



Contact | WatchStyler

watchstyler.com/contact

Gibney Support · Gibney Intranet · ProofPoint Essential... · Zoom · Paycom · Robin · TESS · Privacy Policy ÃƒÆ'... · All Bookmarks

# WatchStyler

(888)834-3063

Payment   Shipping   Returns   Contact

Log In

Search...

# CONTACT US TODAY

Feel free to contact us with any questions you may have! Our friendly and knowledgeable representatives are here to assist you.

First Name

Last Name

Email

Phone

sales@watchstyler.com

If you have any specific questions in regards to Rolex dials, diamond bezels, or gold bracelets and bracelet links you can also email us directly and you will get a response within one business day.

(888)834-3063


Contact Us



      

3:42 PM
11/13/2023

First Name

Last Name

Email

Phone

Type your message here...

SUBMIT

sales@watchstyler.com

If you have any specific questions in regards to Rolex dials, diamond bezels, or gold bracelets and bracelet links you can also email us directly and you will get a response within one business day.

(888)834-3063

If you are trying to reach us, please keep the time difference in mind as we are located in New York (NY) – US Eastern Time Zone (PST).

WatchStyler, Inc.
Staten Island, NY 10312

Attention! This is office address only - any packages sent to this address will be refused and returned to sender. To avoid any delays with your order; please, contact us for our distribution center address.

LEGAL DISCLAIMER

WatchStyler(c) is an independent company not affiliated with any watch manufacturer or distributor. Rolex, President, and Oyster are registered trademarks of Rolex Watch U.S.A. and Rolex International. Products sold on watchstyler.com are considered an application of

CATEGORIES

Custom Dials

Bezels

Bands

QUICK LINKS

Home

About Us

Shop

Payment Policy

Shipping Policy

Return Policy

Email

Phone

Type your message here...

SUBMIT

also email us directly and you will get a response within one business day.

📞 (888)834-3063

If you are trying to reach us, please keep the time difference in mind as we are located in New York (NY) – US Eastern Time Zone (PST).

📍 WatchStyler, Inc.
Staten Island, NY 10312

Attention! This is office address only - any packages sent to this address will be refused and returned to sender. To avoid any delays with your order; please, contact us for our distribution center address.

## LEGAL DISCLAIMER

WatchStyler(c) is an independent company not affiliated with any watch manufacturer or distributor. Rolex, President, and Oyster are registered trademarks of Rolex Watch U.S.A. and Rolex International. Products sold on watchstyler.com are considered an application of custom accessories and create a new product which by no means can be considered an AUTHENTIC ROLEX WATCH. This process will also void the watch manufacturer's original warranty and would prevent Rolex factory service. Rolex prohibits their authorized dealers from selling online and discounting Rolex mandated retail prices.

## CATEGORIES

Custom Dials

Bezels

Bands

Accessories

Service Options

## QUICK LINKS

Home

About Us

Shop

Services

Contact Us

Payment Policy

Shipping Policy

Return Policy

Privacy Policy

We Accept



All Prices Are USD



# OUR WATCH SERVICES

Bring your old watch back to life with complete watch overhauls, dial restorations, new diamond dials, diamond bezels, new replacement bands, and much more.
Your Rolex is not old - it just needs a facelift.



## IF YOU'RE LOOKING FOR AN INDEPENDENT ROLEX SPECIALIST, YOU'VE COME TO THE RIGHT PLACE

Unlike other watchmakers and watch repair shops, we ONLY work with authentic high-end timepieces.

Each individual watch we work on is treated with utmost care and restored to its' highest attainable level. During the restoration process, we pay close attention to both the aesthetics and mechanics of the watch with detailed precision. We do not use cheap replacement parts and we will work on your watch even if it has aftermarket parts already installed. We do not charge unnecessary and expensive fees for our services.

*It is not always possible to obtain original watch parts—especially during the restoration of vintage watches. WatchStyler cannot guarantee the authenticity of any individual watch component because repairs and maintenance performed over the lifetime of the watch may have resulted in the replacement of the original part.*

# OUR SERVICES