# EXHIBIT 4

Case 1:24-cv-00735  Document 1-6  Filed 02/01/24  Page 2 of 9 PageID #: 102















